**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**JAMES VICTOR SMITH,**

**Defendant.**

**3:26-cr-**00318-AN

**INFORMATION**

**21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)**
**18 U.S.C. § 924(c)(1)(A)(i)**
**18 U.S.C. § 922(g)(1)**

**Forfeiture Allegations**

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(A)(viii))**

On or about August 18, 2026, in the District of Oregon, defendant **JAMES VICTOR SMITH** did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount methamphetamine, a Schedule II controlled substance. The Government further charges that this violation involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

///

///

**COUNT 2**
**(Possession of a Firearm in Furtherance of a Drug Trafficking Offense)**
**(18 U.S.C. § 924(c)(1)(A)(i))**

On or about August 18, 2026, in the District of Oregon, defendant **JAMES VICTOR SMITH** unlawfully and knowingly possessed a firearm in furtherance of a drug trafficking crime that may be charged in a court of the United States, namely the offense charged in count one of this information.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**COUNT 3**
**(Felon in Possession of a Firearm)**
**(18 U.S.C. § 922(g)(1))**

On or about August 18, 2026, in the District of Oregon, defendant **JAMES VICTOR SMITH** knowing that he had been previously convicted of crime(s) punishable by imprisonment for a term exceeding one year, specifically:

- Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), in District of Oregon case numbers 3:12-cr-00475 and 3:21-cr-00045, and
- Failure to Register as a Sex Offender, in violation of 18 U.S.C. § 2250(a), in District of Oregon case number 3:18-cr-00258,

did knowingly and unlawfully possess the following firearm:

- A Charter Arms Undercover .38 special revolver bearing serial number 707454,

which firearm had previously been shipped or transported in interstate commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

///

///

///

## FIRST FORFEITURE ALLEGATION

Upon conviction the offense set forth in count one of this information, defendant **JAMES VICTOR SMITH** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from any proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations alleged in the offense set forth in count one of this information.

## SECOND FORFEITURE ALLEGATION

Upon conviction of any of the offenses in Counts Two or Three of this information, defendant **JAMES VICTOR SMITH** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearm(s) and ammunition involved in that offense, including without limitation:

- One Charter Arms Undercover .38 special revolver bearing serial number 707454,
- Miscellaneous ammunition.

Dated: August 31, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/Cassady A. Adams*_______________
CASSADY ADAMS, CO Bar # 48807
Assistant United States Attorney